**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raul E. Juarez** | Social Security number or ITIN | **xxx–xx–4490** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Suzy Juarez** | Social Security number or ITIN | **xxx–xx–1511** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **18–07353**

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raul E. Juarez                                                                Suzy Juarez

June 26, 2018                                                **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                     United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 18-07353-DRC
Raul E. Juarez                                                          Chapter 7
Suzy Juarez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin                Page 1 of 4              Date Rcvd: Jun 26, 2018
                               Form ID: 318               Total Noticed: 158

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
```
db/jdb         +Raul E. Juarez,    Suzy Juarez,    2235 N. Hawthorne Ave.,    Melrose Park, IL 60164-2024
26543576       +5/3 Bank,    PO Box 9013,    Addison, TX 75001-9013
26543578        ABBHH Outpatient Group Patrice,     1786 Moon Lake Blvd,    Hoffman Estates, IL 60169-5029
26543579        Affiliated Physician Practices of,     Elmhurst Hospital,    27535 Network Place,
                 Chicago, IL 60673-1258
26543581        Alexian Brothers Behavioral Health,     21272 Network Place,    Chicago, IL 60673-1212
26543583       +AlliedInterstate,    7525 West Campus Road,    New Albany, OH 43054-1121
26543582        AlliedInterstate,    Corporate Office,    PO Box 1954,    Southgate, MI 48195-0954
26543586        Anthony Martini, Md,    2225 W North Ave,    Suite 1,    Melrose Park, IL 60160-1107
26543589        Athletico, Ltd,    625 Enterprise Drive,    Oak Brook, IL 60523-8813
26543590       #Bally Total Fitness,    PO BOX 739,    Crystal Lake, IL 60039-0739
26543591        Baluchi Medical Group,    1 South 161 Summit,    Oak Brook, IL 60181-3904
26543593       +Bank of America,    Bankruptcy Department,    PO Box 15284,    Wilmington, DE 19850-5284
26543595       +Behavioral Healthcare,    PO Box 15645,    Las Vegas, NV 89114-5645
26543596       +Bell, LLC,    Subrogation Recovery Services,    1411 N. Westshore Blvd, Suite 100,
                 Tampa, FL 33607-4528
26543597        Broadway Medical Center,    153 1/2 Broadway Ave,    Melrose Park, IL 60160
26543598       +C.Tech Collections, Inc.,    PO Box 402,    Mount Sinai, NY 11766-0402
26543611       +CMRE Financial Services,    3075 E. Imperial HWY 200,    Brea, CA 92821-6753
26543600       +Cash Lenders,    PO Box 2208,    Northlake, IL 60164-0208
26543602       +Cepamerica Illinois, LLP,    PO Box 582663,    Modesto, CA 95358-0070
26543603       +Charter One,    Bankrtupcy Department,    PO Box 7092,    Bridgeport, CT 06601-7092
26543605       +Check N Go,    8357 S. Cottage Grove Ave.,    Chicago, IL 60619-5905
26543607        Chicago Health Medical Group,    909 Hidden Ridge, Ste. 300,    Irving, TX 75038-3801
26543608       +Chicago Sun-Times,    PO Box 1003,    Tinley Park, IL 60477-9103
26543610       #+Cimpar, SC,    1111 Superior Street,    Suite 104,    Melrose Park, IL 60160-4100
26543612       +Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
26543614       +Concentra Urgent Care,    PO Box 215,    Addison, TX 75001-0215
26543619       +Creditors Discount & Audit (RETA),     415 E. Main St.,    PO Box 213,    Streator, IL 61364-0213
26543620       +Dakota Security Systems, Inc.,     c/o Travelers Indemnity Co.,    PO Box 3022,
                 Fall River, MA 02722-3022
26543621        Debt Recovery Solution,    Attention: Bankruptcy,    6800 JERICHO TPKE, STE 113E,
                 Syosset, NY 11791-4401
26543622       +Diamond Headache Clinic,    1460 N. Halsted,    Chicago, IL 60642-2615
26543624        Dupage Medical Group, Ltd,    15921 Collections Center Drive,    Chicago, IL 60693-0159
26543625        Dynamic Recovery Solutions,    135 Insterstate Blvd,    Unit 6,    Greenville, SC 29615-5720
26543634        EPMG of Illinois, S.C.,    PO Box 95968,    Oklahoma City, OK 73143-5968
26543635       +ETI Premium Finance,    PO Box 829522,    Pembroke Pines, FL 33082-9522
26543626       +Eastern Account System of Connect,     PO Box 837,    Newtown, CT 06470-0837
26543627       +Edward Health Ventures,    Linden Oaks Medical Group,    3471 Eagle way,    Chicago, IL 60678-1034
26543628       +Edward-Elmhurst Hopital,    Patient Accounts Department,    155 E Brush Hill Road,
                 Elmhurst, IL 60126-5658
26543629        Elmhurst Anesthesiologist,    PO Box 87916,    Carol Stream, IL 60188-7916
26543630       +Elmhurst Emerg Med Servs,    200 Berteau Ave,    Elmhurst, IL 60126-2966
26543631        Elmhurst Hospital,    PO Box 92348,    Chicago, IL 60675-2348
26543633        Elmhurst Radiologists, SC,    PO Box 1035,    Bedford Park, IL 60499-1035
26543575       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: 5/3 Bank,     5050 Kingsley Dr. 1MOC2G,    Cincinnati, OH 45263)
26543638        First Financial Investment Fund V,     3091 Governors Lake Dr STE 500,    Norcross, GA 30071-1135
26543639       +First National Collection Bureau,     Dept 21377,    PO Box 1259,    Oaks, PA 19456-1259
26543640       +Fullerton Kimball Medical Group,     PO Box 478499,    Chicago, IL 60647-7247
26543641        Gottlieb Memorial Hospital,    PO Box 74867,    Chicago, IL 60694-4867
26543642       +Great Lakes Specialty Finance,    d/b/a Check-n-Go,    1276A North Lake Street,
                 Aurora, IL 60506-2470
26543643       +Guaranty Bank,    PO Box 2149,    Addison, TX 75001-2149
26543645       +HBLC, Inc.,    PO Box 800115,    Los Angeles, CA 90080
26543647       #HSBC,    PO Box 1231,    Brandon, FL 33509-1231
26543644       +Haresh Sawlanli Md, Pc,    3445 N Central,    Suite C,    Chicago, IL 60634-4420
26543646       +Howard Einhorn, Md,    675 W North Ave,    Suite 311,    Melrose Park, IL 60160-1606
26543650       +ICS Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
26543651        Illinois Laboratory Medicine Assoc.,     PO Box 5966,    Carol Stream, IL 60197-5966
26543653        Illinois Title,    115th & Halsted,    Chicago, IL 60628
26543654       +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
26543655       +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
26543657       +Karim S Yunez, Mdsc,    130 S Main St,    Ste 203,    Lombard, IL 60148-2670
26543658        Kroger Check Recovery Center,    PO Box 30650,    Salt Lake City, UT 84130-0650
26543659       +Leyden F.P.D.,    PO Box 1368,    Elmhurst, IL 60126-8368
26543660       +Loyola Medicine,    2160 S. First Ave,    Maywood, IL 60153-3328
26543661       +M3 Financial Services, Inc.,    PO Box 7230,    Westchester, IL 60154-7230
26543662       #+MacNeal Physicians,    2315 Enterprise Drive,    Suite 110 Southwest Entrance,
                 Westchester, IL 60154-5811
```

```
District/off: 0752-1                  User: admin                    Page 2 of 4                   Date Rcvd: Jun 26, 2018
                                      Form ID: 318                   Total Noticed: 158


 26543663      #+Malcom S. Gerald & Assoc., Inc.,    332 S. Michigan Ave,    Suite 600,    Chicago, IL 60604-4318
 26543664       +Meade & Associates,    737 Enterprise Drive,    Lewis Center, OH 43035-9438
 26543665       +Medical Business Bureau, LLC,    P.O.BOX 1219,    Park Ridge, IL 60068-7219
 26543666        Melissa Robledo, Mdsc,    PO Box 9071,    Belfast, ME 04915-9071
 26543667       +Merchants & Medical Credit Corp.,     6324 Taylor Dr.,    Flint, MI 48507-4685
 26543668       +Merchants Credit Guide,    223 W. Jackson Blvd,    Chicago, IL 60606-6914
 26543669       +Merchants’ Credit Guide,    223 W Jackson Blvd,    Suite 700,    Chicago, IL 60606-6914
 26543670       +Metro Center for Health,    890 Garfield Ave,    Suite 210,    Libertyville, IL 60048-3100
 26543675        NCNS,    675 W North Ave,    Suite 608,    Melrose Park, IL 60160-1627
 26543673       +National Account Services, Inc.,    1246 University Ave W,    Suite 421,
                  Saint Paul, MN 55104-4106
 26543674       +Nationwide Credit & Collections, In,    815 Commerce Drive,    Suite 100,
                  Oak Brook, IL 60523-8839
 26543677        North American partners in Anesthes,    PO Box 69,    Glen Head, NY 11545-0069
 26543678       +Northland Group,    Bankruptcy Department,    7831 Glenroy Road, Suite 350,
                  Edina, MN 55439-3108
 26543679       +Northshore Univ Health System,    100 South Owasso Blvd W,    Saint Paul, MN 55117-1036
 26543681        OAC,    PO Box 500,    Baraboo, WI 53913-0500
 26543682        Orthopedic Specialists SC,    360 W Butterfield Road,    Suite 160,    Elmhurst, IL 60126-5099
 26543684      ++PINNACLE MANAGEMENT SERVICES,    830 ROUNDABOUT,    SUITE B,    WEST DUNDEE IL 60118-2116
                 (address filed with court: Pinnacle Management Services,     830 Roundabout,    Suite B,
                  West Dundee, IL 60118)
 26543683       +Penn Credit,    PO Box 1259 Deptartment 91047,    Oaks, PA 19456-1259
 26543687        Presence Saint Joseph Medical Cente,    Patient Financial Services,    1643 Lewis Ave, Suite 203,
                  Billings, MT 59102-4151
 26543688       +Prevention,    PO Box 26299,    Lehigh Valley, PA 18002-6299
 26543689        Quest Diagnostics,    Attn: Patient Billing,    1355 Mittl Boulevard,    Wood Dale, IL 60191-1024
 26543690       +RAB, Inc.,    Correspondence to:,    PO Box 34111,    Memphis, TN 38184-0111
 26543695       +RSSI,    C/O Concentra Urgent Care,    PO BOX 669,    Natchez, MS 39121-0669
 26543696        RTL Neurologic Assoc Elmhurst,    PO Box 87916,    Dept. 2010,    Carol Stream, IL 60188-7916
 26543691       +Receivable Solutions,    PO Box 699,    Natchez, MS 39121-0699
 26543692        Receivables Management Inc.,    Attn: Bankruptcy,    3348 Ridge Road,    Lansing, IL 60438-3112
 26543693        Recovery Service,    PO Box 30031,    Tampa, FL 33630-3031
 26543694       +Rodale,    33 East Minor Street,    Emmaus, PA 18098-0001
 26543697       +Rush University Medical Center,    Rush Behavioral Systems,    2001 Butterfield Rd., #220,
                  Downers Grove, IL 60515-5466
 26543702       +SmartPay Leasing,    PO Box 626,    San Francisco, CA 94104-0626
 26543707       +Steven J. Fink & Assoc. PC,    25 E. Washington,    Suite 1233,    Chicago, IL 60602-1876
 26543708        Stoneleigh Recovery Associates, LLC,    PO Box 1479,    Lombard, IL 60148-8479
 26543709       +Suburban Orthopaedics,    1691 S. Route 59,    Bartlett, IL 60103-3047
 26543710       +T.L.Thompson & Associates, Inc.,    330 Oaks Trail, Ste. #200,    Garland, TX 75043-4083
 26543711       +TCF Agency, Inc.,    801 Marquette Ave,    001-01-G,    Minneapolis, MN 55402-3475
 26543712       +TCF Bank,    800 Burr Ridge Pkwy,    Burr Ridge, IL 60527-0865
 26543713       +Telecom USA,    PO Box 17890,    Denver, CO 80217-0890
 26543714        The CBE Group, Inc.,    PO Box 2547,    Waterloo, IA 50704-2547
 26543715        The Kroger Co,    Bankruptcy Department,    1014 Vine Street,    Cincinnati, OH 45202-1100
 26543717       +Tiesenga Surgical Associates, SC,    1950 N. Harlem Ave,    Elmwood Park, IL 60707-3717
 26543719       +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
 26543721       +United Recovery Service, LLC,    18525 Torrence Ave,    Suite C-1,    Lansing, IL 60438-2891
 26543722        Universal Fidelity Corporation,    PO Box 941911,    Houston, TX 77094-8911
 26543727       +Van Ru Crerdit Corporation,    PO Box 1259 Dept. 96307,    Oaks, PA 19456-1259
 26543729       +Vision Works,    4313 S. Pulaski,    Chicago, IL 60632-4008
 26543730        Wakefield & Associates,    PO Box 441590,    Aurora, CO 80044-1590
 26543734        Westlake Hospital,    Patient Account Servcies Department,    PO Box 830913,
                  Birmingham, AL 35283-0913
 26543735        Women’s Health,    PO Box 26299,    Lehigh Valley, PA 18002-6299
 26543736       +Xfinity,    1585 Waukegan Road,    Waukegan, IL 60085-6727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QMRSTEIN.COM Jun 27 2018 05:38:00      Miriam R Stein,   Chuhak & Tecson, P.C.,
                 30 S. Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
 26543580      +EDI: AFNIRECOVERY.COM Jun 27 2018 05:38:00      AFNI,   PO Box 3667,
                 Bloomington, IL 61702-3667
 26543585       E-mail/Text: ebn@americollect.com Jun 27 2018 02:00:47      Americollect,   Attn: Bankruptcy,
                 Po Box 1566,    Manitowoc, WI 54221
 26543588      +EDI: CINGMIDLAND.COM Jun 27 2018 05:38:00      AT&T Mobility,   Attn: Bankruptcy Department,
                 1801 Valley View,    Farmers Branch, TX 75234-8906
 26543577      +EDI: AARGON.COM Jun 27 2018 05:38:00      Aargon Agency, Inc.,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
 26543584      +E-mail/Text: cashnotices@gmail.com Jun 27 2018 02:02:01      Americash Loans, LLC,
                 880 Lee St., Ste. 302,    Des Plaines, IL 60016-6487
 26543594       EDI: BANKAMER.COM Jun 27 2018 05:38:00      Bank of America,   PO Box 982238,
                 El Paso, TX 79998-2238
 26543592      +EDI: BANKAMER.COM Jun 27 2018 05:38:00      Bank of America,   Bankruptcy Department,
                 CA6-919-0241, PO Box 5170,    Simi Valley, CA 93062-5170
 26543601      +E-mail/Text: ering@cbhv.com Jun 27 2018 02:00:03      CBHV, Inc.,   155 North Plank Road,
                 Newburgh, NY 12550-1747
 26543599      +E-mail/Text: cms-bk@cms-collect.com Jun 27 2018 01:59:40      Capital Management Services,
                 Bankruptcy Department,    698 1/2 S. Ogden,    Buffalo, NY 14206-2317
```

```
District/off: 0752-1           User: admin                  Page 3 of 4                  Date Rcvd: Jun 26, 2018
                               Form ID: 318                 Total Noticed: 158


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26543604       +EDI: CHASE.COM Jun 27 2018 05:38:00      Chase Card,    Attn: Corresondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
26543606       +Fax: 602-659-2196 Jun 27 2018 02:51:31      ChexSystems,    Consumer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1595
26543609       +E-mail/Text: collections@bluelynxmedia.com Jun 27 2018 02:01:14      Chicago Tribune,
                 435 N. Michigan Ave,    Chicago, IL 60611-4024
26543616        EDI: CCS.COM Jun 27 2018 05:38:00      Credit Collection Service,    Bankruptcy Department,
                 PO Box 9133,    Needham Heights, MA 02494-9133
26543617       +EDI: CMIGROUP.COM Jun 27 2018 05:38:00      Credit Management,    4200 International Parkway,
                 Carrollton, TX 75007-1912
26543618       +E-mail/Text: group_legal@creditunion1.org Jun 27 2018 02:02:30      Credit Union 1,
                 200 E. Champaign Ave.,    Rantoul, IL 61866-2940
26543623        EDI: DIRECTV.COM Jun 27 2018 05:38:00      Directv, LLC,    Bankruptcy Department,    PO Box 6550,
                 Greenwood Village, CO 80155-6550
26543632        E-mail/Text: RDEVRIE@EMHC.ORG Jun 27 2018 02:02:34      Elmhurst Memorial Hospital,
                 75 Remittance Drive,    Suite 6383,    Chicago, IL 60675-6383
26543648       +EDI: IIC9.COM Jun 27 2018 05:38:00      IC Systems,    444 Highway 96 East,
                 Saint Paul, MN 55127-2557
26543649        EDI: IIC9.COM Jun 27 2018 05:38:00      IC Systems, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
26543656        EDI: JEFFERSONCAP Jun 27 2018 05:38:00      Jefferson Capital,    P.O. Box 7999,
                 Saint Cloud, MN 56302-9617
26543671       +EDI: MID8.COM Jun 27 2018 05:38:00      Midland Credit Management, Inc.,    Bankruptcy Department,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
26543672        E-mail/Text: deolp@aol.com Jun 27 2018 02:02:16      Midwest Physical Therapy Center LTD,
                 1000 E. State Parkway,    Suite E,    Schaumburg, IL 60173-4592
26543676       +E-mail/Text: egssupportservices@alorica.com Jun 27 2018 02:00:56
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,    Matteson, IL 60443-2238
26543680       +E-mail/Text: clientservices@northwestcollectors.com Jun 27 2018 01:59:35
                 Northwest Colletors, Inc.,    3601 Algonquin Road,    Suite 232,
                 Rolling Meadows, IL 60008-3143
26549004       +EDI: PRA.COM Jun 27 2018 05:38:00      Orion,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
26543685       +EDI: CBSPLS.COM Jun 27 2018 05:38:00      PLS,    9920 South Western Ave.,
                 Chicago, IL 60643-1831
26543686        EDI: PRA.COM Jun 27 2018 05:38:00      Portfolio Recovery Associates,
                 120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
26543703        EDI: NEXTEL.COM Jun 27 2018 05:38:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
26543704        EDI: NEXTEL.COM Jun 27 2018 05:38:00      Sprint Corp.,    Attn: Bankruptcy Dept.,    PO Box 7949,
                 Overland Park, KS 66207-0949
26543699        EDI: NAVIENTFKASMSERV.COM Jun 27 2018 05:38:00      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
26543698        EDI: NAVIENTFKASMGUAR.COM Jun 27 2018 05:38:00      Sallie Mae,
                 Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
26543700       +EDI: SEARS.COM Jun 27 2018 05:38:00      Sears/CBNA,    Attn:Bankruptcy Dept.,    PO Box 6189,
                 Sioux Falls, SD 57117-6189
26543701       +EDI: SEARS.COM Jun 27 2018 05:38:00      Sears/Citibank,    PO Box 6283,
                 Sioux Falls, SD 57117-6283
26543705       +EDI: STFM.COM Jun 27 2018 05:38:00      State Farm Bank,    Customer Service 003722347,
                 One State Farm Plaza, A-1,    Bloomington, IL 61710-0001
26543706        E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jun 27 2018 02:01:05
                 State Farm Insurance,    PO Box 2329,    Bloomington, IL 61702-2329
26543720        E-mail/Text: CollectionsCompliance@firstdata.com Jun 27 2018 02:03:14      TRS Recovery Service,
                 Corporate Offices,    14141 SW Freeway,    Sugar Land, TX 77478
26543716       +E-mail/Text: ACC.JULIA.ORTIZ@GMAIL.COM Jun 27 2018 02:02:51      The Roth Morgan Firm,
                 37 N. Orange Ave, Suite 500,    Orlando, FL 32801-2459
26543718       +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2018 02:02:23      Transworld Systems,
                 P.O. Box 15630,    Wilmington, DE 19850-5630
26543725        EDI: USBANKARS.COM Jun 27 2018 05:38:00      US Bank,    1200 Energy Park Drive,
                 Saint Paul, MN 55108
26543723        EDI: USBANKARS.COM Jun 27 2018 05:38:00      US Bank,    425 Walnut St.,    Cincinnati, OH 45202
26543724        EDI: USBANKARS.COM Jun 27 2018 05:38:00      US Bank,    Attn: Bankruptcy Dept,    PO Box 5229,
                 Cincinnati, OH 45201-5229
26543726        EDI: USCELLULAR.COM Jun 27 2018 05:38:00      US Cellular,    Bankruptcy Department,
                 PO Box 7835,    Madison, WI 53707-7835
26543728       +EDI: VERIZONCOMB.COM Jun 27 2018 05:38:00      Verizon,    Bankruptcy Nat'l Recovery Dept,
                 PO Box 26055,    Minneapolis, MN 55426-0055
26543731        EDI: WFFC.COM Jun 27 2018 05:38:00      Wells Fargo Bank,    PO Box 6995,
                 Portland, OR 97228-6995
26543732       +EDI: WFFC.COM Jun 27 2018 05:38:00      Wellsfargo,    Credit Bureau Dispute Resolution,
                 PO Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 46
```

```
District/off: 0752-1          User: admin              Page 4 of 4             Date Rcvd: Jun 26, 2018
                              Form ID: 318             Total Noticed: 158


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26543637*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
                (address filed with court:   Fifth Third Bank,    38 Fountain Square Plaza,    MD 1 Com 64,
                Cincinnati, OH 45263-0001)
26543636*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
                (address filed with court:   Fifth Third Bank,    5050 Kingsley Drive, MD# 1MOC2N,
                Cincinnati, OH 45263)
26543587       ##Associate Pathology Consultants-Elm,    PO Box 3680,    Peoria, IL 61612-3680
26543613       ##+Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 87522,
                Chicago, IL 60680-0522
26543615       ##+Corinthian Colleges IN,    Attn: Bankruptcy Dept.,    6 Hutton Centre Dr., Ste. 4,
                Santa Ana, CA 92707-8762
26543652       ##+Illinois Orthopaedic & Hand,    800 Biesterfield,    Suite 740,
                Elk Grove Village, IL 60007-3362
26543733       ##+Westlake Emerg Room Provider SC,    2000 Spring Rd,    Suite 200,    Oak Brook, IL 60523-1956
                                                                                              TOTALS: 0, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 2 Suzy  Juarez davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Debtor 1 Raul E. Juarez davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Miriam R Stein    mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```